1  DARRYL M. WOO (CSB NO. 100513)
   dwoo@fenwick.com
2  VIRGINIA K. DEMARCHI (CSB NO. 168633)
   vdemarchi@fenwick.com
3  SAINA S. SHAMILOV (CSB NO. 215636)
   sshamilov@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:  (415) 875-2300
6  Facsimile:  (415) 281-1350

7  Attorneys for Plaintiffs
   YMAX CORPORATION, YMAX
8  COMMUNICATIONS CORP., MAGICJACK LP,
   and TIGER JET NETWORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YMAX CORPORATION, YMAX COMMUNICATIONS CORP., MAGICJACK LP, and TIGER JET NETWORK, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AT&T INTELLECTUAL PROPERTY II, L.P., <br><br> Defendant. | Case No. C 10-02515 CRB <br><br> **STIPULATED SCHEDULING ORDER** |
| AND RELATED COUNTERCLAIMS. | |

STIPULATED SCHEDULING ORDER
CASE NO. C 10-02515 CRB

At the Court's direction (*see* Dkt. No. 27), plaintiffs YMax Corporation, YMax Communications Corp., magicJack LP and Tiger Jet Network, Inc. (collectively, "YMax") and defendant AT&T Intellectual Property II, L.P. ("AT&T IP") hereby stipulate to the deadlines indicated below:

| Event | Authority | Deadline |
|---|---|---|
| AT&T IP serves Patent L.R. 3-1 and 3-2 disclosure of asserted claims, infringement contentions and documents | Stipulated | November 5, 2010 |
| YMax serves Patent L.R. 3-3 and 3-4 invalidity contentions and documents | Stipulated | December 19, 2010 |
| Parties exchange proposed terms for construction per Patent L.R. 4-1 | Stipulated | January 7, 2011 |
| Last day to amend pleadings | Stipulated | January 15, 2011 |
| Parties exchange preliminary claim constructions and extrinsic evidence per Patent L.R. 4-2 | Stipulated | January 28, 2011 |
| Parties file Joint Claim Construction and Prehearing Statement per Patent L.R. 4-3 | Stipulated | February 15, 2011 |
| Deadline to complete claim construction discovery per Patent L.R. 4-4 | Stipulated | March 15, 2011 |
| AT&T IP files opening claim construction brief per Patent L.R. 4-5(a) | Stipulated | March 22, 2011 |
| YMax files responsive claim construction brief per Patent L.R. 4-5(b) | Stipulated | April 19, 2011 |
| AT&T IP files reply claim construction brief per Patent L.R. 4-5(c) | Stipulated | May 10, 2011 |
| Claim Construction Tutorial | Court order | June 7, 2011 |
| Claim Construction Hearing | Court order | June 9, 2011 |

/ / /

/ / /

STIPULATED SCHEDULING ORDER
CASE NO. C 10-02515 CRB

1

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | | |
|---|---|---|
| Dated: October 15, 2010 | By: | /s/ Virginia K. DeMarchi |

Darryl M. Woo (CSB No. 100513)
 dwoo@fenwick.com
Virginia K. DeMarchi (CSB No. 168633)
 vdemarchi@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Plaintiffs-Counterdefendants
YMAX CORPORATION, YMAX
COMMUNICATIONS CORP., MAGICJACK LP
and TIGER JET NETWORK, INC.

| | | |
|---|---|---|
| Dated: October 15, 2010 | By: | /s/ Jeffrey L. Johnson |

David A. Jakopin (CSB No. 209950)
 David.Jakopin@pillsburylaw.com
Dianne L. Sweeney (CSB No. 187198)
 Dianne.Sweeney@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2475 Hanover Street
Palo Alto, CA  94303-1114
Telephone:  (650) 233-4500
Facsimile:  (650) 233-4545

Claudia Wilson Frost (Admitted *Pro Hac Vice*)
 Claudia.Frost@pilsburylaw.com
Jeffrey L. Johnson (Admitted *Pro Hac Vice*)
 Jeffrey.Johnson@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
909 Fannin Street, Suite 2000
Houston, TX  77010
Telephone:  (713) 276-7600
Facsimile:  (713) 276-7673

Attorneys for Defendant-Counterclaimant
AT&T INTELLECTUAL PROPERTY II, L.P.

STIPULATED SCHEDULING ORDER
CASE NO. C 10-02515 CRB

2

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Virginia K. DeMarchi, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 15, 2010.

By: <u>  */s/ Virginia K. DeMarchi*  </u>
       Virginia K. DeMarchi

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: <u>October 18, 2010</u>

<u>                           </u>
Charles R. Breyer
United States District Judge



STIPULATED SCHEDULING ORDER
CASE NO. C 10-02515 CRB

3