DARRYL M. WOO (CSB NO. 100513)
dwoo@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
SAINA S. SHAMILOV (CSB NO. 215636)
sshamilov@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Plaintiffs-Counterdefendants
YMAX CORPORATION, YMAX
COMMUNICATIONS CORP., MAGICJACK LP,
and TIGER JET NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YMAX CORPORATION, YMAX COMMUNICATIONS CORP., MAGICJACK LP, and TIGER JET NETWORKS, INC.,<br><br>  Plaintiffs-Counterdefendants,<br><br>  v.<br><br>AT&T INTELLECTUAL PROPERTY II, L.P.,<br><br>  Defendant-Counterclaimant. | Case No. C 10-02515 CRB<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL OF ENTIRE ACTION** |
| AND RELATED COUNTERCLAIMS. | |

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal the entire action, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that the entire case is hereby dismissed with prejudice, with the exception of YMax's defenses to patent infringement, which are dismissed without prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**IT IS SO ORDERED**

Dated: _____June 23___, 2011    _____

